# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary    ☒ Final

LENDER: Ameriquest Mortgage Company
1551 Westbrook Plaza, Suite 100
Winston-Salem, NC 27103
3367650638

Broker License:

Borrowers: TODD WYATT BROWN

Type of Loan: ADJUSTABLE RATE
Date: February 25, 2005

Address: 209 Bradberry Lane
City/State/Zip: Winston-Salem, NC 27104

Loan Number: ███████-7308

Property: 209 BRADBERRY LANE, WINSTON SALEM, NC 27104

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 11.763 % | $ 512,952.53 | $ 192,067.01 | $ 705,019.54 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $1,958.43 | 05/01/2005 | | | |
| 1 | $1,943.17 | 04/01/2035 | | | |

**VARIABLE RATE FEATURE:**
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 209 BRADBERRY LANE, WINSTON SALEM, NC 27104

**ASSUMPTION:** Someone buying this property
☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Ameriquest Mortgage Company

**LATE CHARGES:** If a payment is late, you will be charged 4.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☒ may    ☐ will not    have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____    2/25/05
Borrower TODD WYATT BROWN    Date

_____    2/25/05
Borrower STEPHANIE HOWELL BROWN    Date

_____    _____
Borrower    Date

_____    _____
Borrower    Date

TIL1 (Rev. 7/01)

ORIGINAL COPY

02/25/2005 12:21:49 PM


EXHIBIT B