COLUMBIA | CHARLESTON  FLORENCE  GREENVILLE

# Haynsworth
# Sinkler Boyd, P.A.   ATTORNEYS AND COUNSELORS AT LAW

1201 MAIN STREET, 22ND FLOOR (29201-3226)
POST OFFICE BOX 11889 (29211-1889)
COLUMBIA, SOUTH CAROLINA
TELEPHONE 803.779.3080
FACSIMILE 803.765.1243
WEBSITE www.hsblawfirm.com

R DAVID PROFFITT
DIRECT DIAL NUMBER 803.540.7947
EMAIL dproffitt@hsblawfirm.com

October 16, 2007

The Honorable Terry Holbrook
Clerk of Superior Court of Forysth County
201 N. Main St.
P.O. Box 20099
Winston Salem, N.C. 27120-0099

Re: Todd Brown and Stephanie Brown v. Ameriquest Mortgage Co., et al.
    2007-CVS-6330

Dear Mr. Holbrook:

We represent the Defendants in the above matter. Please find enclosed an order granting Defendants a thirty-day extension in which to serve an Answer to the Complaint. Plaintiffs' counsel has consented to this extension. Please let me know immediately if a formal motion is necessary. I would greatly appreciate it if you would fax the signed order to me at 803-765-1243 and also mail a clocked copy to me in the enclosed envelope.

Sincerely yours,

*/s/ David Proffitt/*

David Proffitt

RDP:bb

Enclosures

cc: Ellis B. Drew, Esq.

EXHIBIT A

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION |
| COUNTY OF FORSYTH | Case No. 2007-CVS-6330 |

Todd Brown and Stephanie Brown,

    Plaintiffs,

v.

Ameriquest Mortgage Co., a Delaware corporation, ACC Capital Holdings Corp., a Delaware corporation; Town and Country Credit Corp., a Delaware corporation; and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans, a Delaware corporation,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME

The Summons and Complaint in this matter were served on Defendants on September 20, 2007. Defendants' Answer is presently due to be served no later than October 22, 2007. Counsel for Plaintiffs has agreed to grant Defendants an extension of thirty days to serve their Answer. For good cause shown, all Defendants are hereby granted a thirty-day extension of time, to November 21, 2007, in which to answer, plead, or otherwise respond to Plaintiffs' Complaint in this matter. See Rule 6, NCRCP, and Rule 4 of the General Rules of Practice for the Superior and District Courts.

October _____, 2007

                                                              Clerk of Superior Court
                                                              Forsyth County