## NATIONAL REGISTERED AGENTS, INC.

### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: DIANE TIBEREND, STE. 1200
AMERIQUEST MORTGAGE COMPANY
1100 TOWN & COUNTRY ROAD
SUITE 1200
ORANGE, CA 92868

SOP Transmittal # NC15554

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: AMERIQUEST MORTGAGE COMPANY
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of NORTH CAROLINA on this 20 day of September, 2007. The following is a summary of the document(s) received:

1. Title of Action: Todd Brown and Stephanie Brown vs. Ameriquest Mortgage Company

2. Document(s) served:

   x Summons              __ Subpoena                __ Injunction
   x Complaint            __ Third Party Complaint   __ Notice of
   __ Petition            __ Demand for Jury Trial   __ Mechanics Lien
   __ Garnishment         __ Default Judgement       __ Other:

3. Court of Jurisdiction/   Forsyth County Superior Court Division
   Case & Docket Number: 07 cvs 6330

4. Amount Claimed, if any: 10000.00 +++

5. Method of Service (select one):
   __ Personally served by:   __ Process Server    __ Deputy Sheriff    __ U. S Marshall
   x Delivered Via:           x Certified Mail     __ Regular Mail      __ Facsimile
                              (Envelope enclosed)  (Envelope enclosed)
   __ Other (Explain):

6. Date and Time of Service: 9/20/2007 3:59:46 PM EST (GMT -5)

7. Appearance/Answer Date: 30 Days

8. Plaintiff's Attorney:   Ellis B Drew, III
   (Name, Address & Telephone Number)   Wells Jenkins Lucas & Jenkins PLLC
                              155 Sunnynoll Ct., Ste 200
                              Winston Salem NC 27106
                              336-725-2900

9. Federal Express Airbill # 798768381256

10. Call Made to: VM - DIANE TIBEREND, Ext 11271

A = 10-20-07
Pred Lending -

11. Special Comments:

NATIONAL REGISTERED AGENTS, INC.       Copies To:

9/11/07
9/20/07

Transmitted by: Pauline Purvis

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL



EXHIBIT A

| STATE OF NORTH CAROLINA | File No. 2007 CVS 633 |
|---|---|
| FORSYTH County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

| Name Of Plaintiff | |
|---|---|
| TODD BROWN and STEPHANIE BROWN | |
| Address | **CIVIL SUMMONS** |
| City, State, Zip | ☐ ALIAS AND PLURIES SUMMONS |
| VERSUS | G.S. 1A-1, Rules 3, 4 |
| Name Of Defendant(s)<br>AMERIQUEST MORTGAGE COMPANY,<br>a Delaware corporation, et al. | Date Original Summons Issued<br><br>Date(s) Subsequent Summons(es) Issued |

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| AMERIQUEST MORTGAGE COMPANY,<br>a Delaware corporation<br>By Serving Its Registered Agent:<br>National Registered Agents, Inc.<br>120 Penmarc Drive<br>Raleigh, NC 27603 | |

A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| Ellis B. Drew, III<br>Wells Jenkins Lucas & Jenkins PLLC<br>155 Sunnynoll Court, Suite 200<br>Winston-Salem, NC 27106<br>(336) 725-2900 | Signature | 4:20 | ☐ AM ☒ PM |
| | ☒ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

NOTE TO PARTIES: *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts

(Over)