UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| Todd Brown and Stephanie Brown,<br><br>      Plaintiffs,<br><br>v.<br><br>Ameriquest Mortgage Co., a Delaware corporation, ACC Capital Holdings Corp., a Delaware corporation; Town and Country Credit Corp., a Delaware corporation; and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans, a Delaware corporation,<br><br>      Defendants. | C.A. No. 1:07-cv-788 |

## CERTIFICATE OF SERVICE AND FILING WITH STATE COURT

I, Joel M. Bondurant, Jr., attorney for Defendants in this case, hereby certify that I have served (1) the Notice of Removal and (2) the Motion to Stay Proceedings and Suspend All Deadlines to be served upon Plaintiff by causing a copy thereof to be mailed postage-paid to Plaintiff's attorney at his last known address as listed below.

I further certify that I am this date causing a copy of the Notice of Removal to be mailed to the Clerk of Court for General Court of Justice, Superior Court, in Forsyth County, North Carolina, for filing in accordance with 28 U.S.C. § 1446(d).

HAYNSWORTH SINKLER BOYD, P.A.

s/ Joel M. Bondurant, Jr.

Joel M. Bondurant, Jr.
N.C. Bar No. 29621
75 Beattie Place
Two Liberty Square (11th Floor) (29601-2119)
P.O. Box 2048 (29602-2048)
Greenville, S.C.
(864) 240-3200
Fax: (864) 240-3300
Email: jbondurant@hsblawfirm.com

Attorneys for Defendants Ameriquest Mortgage Co., ACC Capital Holdings Corp., Town and Country Credit Corp., and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans

Ellis B. Drew, Esq.
Wells Jenkins Lucas & Jenkins, PLLC
155 Sunnynoll Court, Suite 200
Winston-Salem, N.C. 27103
(336) 725-2900
bod@wellsjenkins.com
Attorney for Plaintiffs

The Honorable Terry Holbrook
Clerk of Superior Court of Forysth County
201 N. Main St.
P.O. Box 20099
Winston Salem, N.C. 27120-0099

October 19, 2007