UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| Todd Brown and Stephanie Brown,<br><br>        Plaintiffs,<br><br>    v.<br><br>Ameriquest Mortgage Co., a Delaware corporation, ACC Capital Holdings Corp., a Delaware corporation; Town and Country Credit Corp., a Delaware corporation; and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans, a Delaware corporation,<br><br>        Defendants. | C.A. No.  1:07-cv-788 |

**DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY.  COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION.  PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM.  PLAINTIFF.  MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

    ACC Capital Holdings Corp., which is a Defendant, makes the following disclosures:

    1.    Is party a publicly held corporation or other publicly held entity?

        RESPONSE:  No.

    2.    Does party have any parent corporations?

        RESPONSE:  No.

      If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

      RESPONSE:  Not applicable.

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

      RESPONSE:  No.

      If yes, identify all such owners:

      RESPONSE:  Not applicable.

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      RESPONSE:  No.

      If yes, identify entity and nature of interest:

      RESPONSE:   Not applicable.

                  HAYNSWORTH SINKLER BOYD, P.A.

                  s/ Joel M. Bondurant, Jr.

                  Joel M. Bondurant, Jr.
                  N.C. Bar No. 29621
                  75 Beattie Place
                  Two Liberty Square (11th Floor) (29601-2119)
                  P.O. Box 2048 (29602-2048)
                  Greenville, S.C.
                  (864) 240-3200
                  Fax:  (864) 240-3300
                  Email:  jbondurant@hsblawfirm.com

                  Attorneys for Defendants Ameriquest Mortgage Co., ACC Capital Holdings Corp., Town and Country Credit Corp., and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans

October 19, 2007