# EXHIBIT A

STATE OF NORTH CAROLINA     FILED IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
07 OCT 18 PM 4:23

COUNTY OF FORSYTH     FORSYTH COUNTY C.S.C. Case No. 2007-CVS-6330

Filed 10-18-07

Todd Brown and Stephanie Brown,

         Plaintiffs,

v.

Ameriquest Mortgage Co., a Delaware corporation, ACC Capital Holdings Corp., a Delaware corporation; Town and Country Credit Corp., a Delaware corporation; and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans, a Delaware corporation,

         Defendants.

## ORDER GRANTING EXTENSION OF TIME

The Summons and Complaint in this matter were served on Defendants on September 20, 2007. Defendants' Answer is presently due to be served no later than October 22, 2007. Counsel for Plaintiffs has agreed to grant Defendants an extension of thirty days to serve their Answer. For good cause shown, all Defendants are hereby granted a thirty-day extension of time, to November 21, 2007, in which to answer, plead, or otherwise respond to Plaintiffs' Complaint in this matter. See Rule 6, NCRCP, and Rule 4 of the General Rules of Practice for the Superior and District Courts.

October 18, 2007          _____, Asst
Clerk of Superior Court
Forsyth County