UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

|  |  |  |
|---|---|---|
| Todd Brown and Stephanie Brown, | ) | Case Number: 1:07-cv-788 |
|  | ) |  |
| Plaintiffs, | ) |  |
| vs. | ) |  |
|  | ) |  |
| Ameriquest Mortgage Co., a Delaware corporation; ACC Capital Holdings Corp., a Delaware corporation; Town and Country Credit Corp., a Delaware corporation; and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans, a Delaware corporation, | ) | **ACKNOWLEDGEMENT OF REMOVAL** |
|  | ) |  |
| Defendants. | ) |  |

Defendants, by and through their attorney, Joel M. Bondurant, Jr., hereby submits the attached Acknowledgement of Removal from the Forsyth County Clerk of Court.

Respectfully submitted,

**HAYNSWORTH, SINKLER BOYD, P.A.**

s/ *Joel M. Bondurant, Jr.*
_____
Joel M. Bondurant, Jr.
NC Bar No. 29621
P.O. Box 2048
Greenville, SC 29602
(864) 240-3200
Fax: (864) 240-3300
E-mail: jbondurant@hsblawfirm.com

Attorneys for Defendants

October 24, 2007