UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

FILED
07 OCT 22 PM 12:44
FORSYTH COUNTY, C.S.C.
BY_____

| | |
|---|---|
| Todd Brown and Stephanie Brown, | Case Number: 1:07-cv-788 |
| Plaintiffs, | |
| vs. | |
| Ameriquest Mortgage Co., a Delaware corporation; ACC Capital Holdings Corp., a Delaware corporation; Town and Country Credit Corp., a Delaware corporation; and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans, a Delaware corporation, | **ACKNOWLEDGEMENT** |
| Defendants. | |

I hereby acknowledge that a copy of the Notice of Removal in the above-styled matter has been filed with the Forsyth County Clerk of Court's office this 22nd day of October, 2007.

_____
The Honorable Terry Holbrook
Clerk of Court
Forsyth County, North Carolina