UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | ) | |
|---|---|---|
| Todd Brown and Stephanie Brown, | ) | Case Number: 1:07-cv-788 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| Ameriquest Mortgage Co., a Delaware corporation; ACC Capital Holdings Corp., a Delaware corporation; Town and Country Credit Corp., a Delaware corporation; and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans, a Delaware corporation, | ) ) ) ) ) ) ) ) ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

  **I HEREBY CERTIFY** that a copy of the herein below listed document was served upon all counsel of record electronically via the Middle District of North Carolina's Electronic Case Filing System on the 24th day of October, 2007.

PLEADING:  **Notice re: receipt of Acknowledgement of Notice of Removal from Forsyth County Clerk of Court (Doc. 13)**

PARTIES SERVED: **Ellis B. Drew, III, Esq.**
        **Wells Jenkins Lucas & Jenkins**
        bod@wellsjenkins.com

        *Attorneys for Plaintiffs*

        **HAYNSWORTH, SINKLER BOYD, P.A.**

        s/ *Joel M. Bondurant, Jr.*
        _____
        Joel M. Bondurant, Jr.
        NC Bar No. 29621
        P.O. Box 2048
        Greenville, SC 29602
        (864) 240-3200
        Fax: (864) 240-3300
        E-mail: jbondurant@hsblawfirm.com

        *Attorneys for Defendants*

October 25, 2007