## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## WINSTON-SALEM DIVISION

| | |
|---|---|
| Todd Brown and Stephanie Brown,<br><br>Plaintiffs,<br><br>v.<br><br>Ameriquest Mortgage Co., a Delaware corporation, ACC Capital Holdings Corp., a Delaware corporation; Town and Country Credit Corp., a Delaware corporation; and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:07-cv-788 |

## ORDER

Defendants Ameriquest Mortgage Co., ACC Capital Holdings Corp., Town and Country Credit Corp., and AMC Mortgage Services, Inc., formerly known as Bedford Home Loans (collectively, "Defendants") have moved for an extension of time to answer or otherwise respond to Plaintiffs' Complaint. See Rule 6(b), FRCP, and Local Rule 6.1, MDNC. Defendants have asked that they not be required to serve an Answer or other responsive pleading until the Judicial Panel on Multidistrict Litigation (the "Panel") decides whether to designate this case as a "tag-along action" to MDL No. 1715 – In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation, Case No. 1:05-cv-07097 ("MDL No. 1715"), which is pending in the United States District Court for the

1

Northern District of Illinois.  (Entry No. 12 on MDNC docket; <u>see also</u> Defendants'

Motion to Stay Proceedings and to Suspend Pretrial Deadlines, Entry No. 3 on MDNC

docket.)

Defendants on October 19, 2007, pursuant to 28 U.S.C. §§ 1441 and 1446,

removed this case from the General Court of Justice, Superior Court of Forsyth County,

North Carolina, to the United States District Court for the Middle District of North

Carolina, Winston-Salem Division.  Defendants based removal on 28 U.S.C. §§ 1331,

1332, and 1367.  (Entry No. 1 on MDNC docket.)

Defendants have notified the Court that the Panel on December 17, 2007, issued a

conditional transfer order (CTO-34) in which this case would be transferred to the United

States District Court for the Northern District of Illinois.  Pursuant to Rule 7.4 of the

Rules of the Judicial Panel on Multi-District Litigation, any party opposing the transfer

has fifteen days to file a notice of opposition with the clerk of the Panel.

If the Panel decides to transfer this case, further proceedings will occur in the

multi-district litigation pending in the Northern District of Illinois.  If the Panel decides

not to transfer the case, Defendants have asked that they be granted twenty days from the

date of receipt of written notice of the Panel's decision to file an Answer or otherwise

respond to Plaintiffs' Complaint in this Court.

IT IS THEREFORE ORDERED that Defendants' motion for an extension of time

to answer or respond tothe complaint is granted and Defendants are not required to

answer or otherwise respond to Plaintiffs' Complaint until the Panel decides whether to

designate this case as a "tag-along action" and transfer it to the Northern District of

Illinois. If the Panel ultimately decides not to transfer the case, Defendants will have twenty days from the date of receipt of written notice of the Panel's decision to file an Answer or otherwise respond to Plaintiffs' Complaint in this Court.

IT IS FURTHER ORDERED that the parties shall file a status report every sixty days..

_____
Russell A. Eliason
Magistrate Judge
United States District Court
Middle District of North Carolina

December 21, 2007