

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                                                  312-435-5698

January 11, 2008

John S. Brubaker, Clerk of Court
United States District Court
Middle District of North Carolina
324 West Market Street, Suite 401
Greensboro, NC 27401

Dear Clerk:

**Re: MDL 1715 -- In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**

    Your case number:   1   07-788 Todd Brown et al.   vs.   Ameriquest Mortgage Co.  et al.

    Our case number:   08 cv 175 - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

                                                          Sincerely,

                                                          Michael W. Dobbins
                                                          Clerk

                     by:   Willie A. Haynes
                          Supervisor of Operations