# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk          January 23, 2008          TELEPHONE:
                                                                                                                                                             CIVIL (336) 332-6030
                                                                                                                                                             CRIM. (336) 332-6020
                                                                                                                                                            ADMIN. (336) 332-6000

United States District Court
Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604

Dear Clerk:

         Re: MDL 1715
         In re: "Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

     NCMD: 1:07CV832 Jason W. Crawford et al. vs. Ameriquest Mortgage Co. et al.
     NDIL:    1:08CV176 - Northern District of Illinois

     NCMD: 1:07CV788 Todd Brown et al. vs. Ameriquest Mortgage Co. et al.
     NDIL:    1:08CV175 - Northern District of Illinois

     Pursuant to a certified copy of Conditional Transfer Order of the Judicial Panel on Mulitidistrict Litigation filed in this office on January 11, 2008, we are transferring the above-entitled actions to your court.

     By copies of this letter to counsel, we are notifying them of the transfer and the requirement that all future pleadings are to be filed with the United States District Court for the Eastern District of Pennsylvania.

                                                          Sincerely,

                                                          JOHN S. BRUBAKER, CLERK

                                                          By:    /s/ Kelly H. Welch
                                                                           Deputy Clerk

Enclosures

cc:     Mr. Michael J. Beck, Clerk
        All Counsel of Record