18AG, CLOSED, MEDIATION, SO30

# U.S. District Court
# North Carolina Middle District (Durham)
# CIVIL DOCKET FOR CASE #: 1:07–cv–00788–UA–RAE

| | |
|---|---|
| BROWN et al v. AMERIQUEST MORTGAGE COMPANY et al | Date Filed: 10/19/2007 |
| Assigned to: UNASSIGNED | Date Terminated: 01/11/2008 |
| Referred to: MAG/JUDGE RUSSELL A. ELIASON | Jury Demand: Plaintiff |
| Case in other court: Forsyth County Superior Court, 07CVS6330 | Nature of Suit: 370 Fraud or Truth–In–Lending |
| Cause: 15:1601 Truth in Lending | Jurisdiction: Federal Question |

**Plaintiff**

**TODD BROWN**     represented by **ELLIS B. DREW, III**
WELLS JENKINS LUCAS &JENKINS
155 SUNNYNOLL CT., STE. 200
WINSTON–SALEM, NC 27106
336–725–2900
Fax: 336–724–1226
Email: bod@wellsjenkins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STEPHANIE BROWN**     represented by **ELLIS B. DREW, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AMERIQUEST MORTGAGE COMPANY**     represented by **JOEL M. BONDURANT, JR.**
HAYNSWORTH SINKLER BOYD, P.A.
POB 2048
GREENVILLE, SC 29602–2048
864–240–3220
Fax: 864–240–3336
Email: jbondurant@hsblawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ACC CAPITAL HOLDINGS CORP.**     represented by **JOEL M. BONDURANT, JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TOWN AND COUNTRY CREDIT CORP.**     represented by **JOEL M. BONDURANT, JR.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMC MORTGAGE SERVICES, INC.** represented by **JOEL M. BONDURANT, JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2007 | " 1 | PETITION FOR REMOVAL from Forsyth County Superior Court Division, case number 07CVS6330. Filing fee $ 350 receipt number 373067, filed by AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP., TOWN AND COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC.. (Attachments: # 1 Exhibit Exhibit A – State Court Summons and Complaint# 2 Exhibit Exhibit B – Truth−in−Lending Disclosure Statement# 3 Civil Cover Sheet)(BONDURANT, JOEL) (Entered: 10/19/2007) |
| 10/19/2007 | " 2 | CIVIL COVER SHEET, filed by AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP., TOWN AND COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC..(BONDURANT, JOEL) (Entered: 10/19/2007) |
| 10/19/2007 | " 3 | MOTION to Stay *Proceedings and to Suspend Pretrial Deadlines* by AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP., TOWN AND COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC..Responses due by 11/13/2007 (Attachments: # 1 Exhibit A – Letter to Superior Court Clerk re: Order for 30−day extension to answer)(BONDURANT, JOEL) (Entered: 10/19/2007) |
| 10/19/2007 | " 4 | COMPLAINT against all defendants, filed by TODD BROWN, STEPHANIE BROWN. (State court document filed in Forsyth County Superior Court, listed as Exhibit A in the Petition for Removal)(McClain, Abby) (Entered: 10/19/2007) |
| 10/19/2007 | " 5 | Summons Issued as to AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP., TOWN AND COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC. (State court document filed in Forsyth County Superior Court, summons issued 09/20/07, listed as Exhibit A in the Petition for Removal) (McClain, Abby) (Entered: 10/19/2007) |
| 10/19/2007 | " 6 | Notice of Right to Consent. Counsel shall serve the attached form on all parties. (McClain, Abby) (Entered: 10/19/2007) |
| 10/19/2007 | " | CASE REFERRED to Mediation pursuant to Local Rule 83.9b of the Rules of Practice and Procedure of this Court. Please go to our website form directory for a list of mediators which must be served on all parties. (McClain, Abby) (Entered: 10/19/2007) |
| 10/19/2007 | " 7 | CERTIFICATE OF SERVICE by AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP., TOWN AND COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC. re 3 MOTION to Stay *Proceedings and to Suspend Pretrial Deadlines*, 1 Petition for Removal, *and certifying that the Notice of Removal will be filed with the Forsyth County Clerk of Court* (BONDURANT, JOEL) (Entered: 10/19/2007) |

| | | |
|---|---|---|
| 10/19/2007 | " | CASE REFERRED to Standing Order 30 (McClain, Abby) (Entered: 10/19/2007) |
| 10/19/2007 | " 8 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1(a) by Defendant AMERIQUEST MORTGAGE COMPANY. (BONDURANT, JOEL) (Entered: 10/19/2007) |
| 10/19/2007 | " 9 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1(a) by Defendant ACC CAPITAL HOLDINGS CORP.. (BONDURANT, JOEL) (Entered: 10/19/2007) |
| 10/19/2007 | " 10 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1(a) by Defendant TOWN AND COUNTRY CREDIT CORP.. (BONDURANT, JOEL) (Entered: 10/19/2007) |
| 10/19/2007 | " 11 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1(a) by Defendant AMC MORTGAGE SERVICES, INC.. (BONDURANT, JOEL) (Entered: 10/19/2007) |
| 10/24/2007 | " 12 | MOTION for Extension of Time to File Answer re 4 Complaint by AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP., TOWN AND COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC. Responses due by 11/16/2007 (Attachments: # 1 Exhibit A – State Court Order Granting Extension of Time)(BONDURANT, JOEL) Modified on 10/25/2007 editing duplicate text (Welch, Kelly). (Entered: 10/24/2007) |
| 10/24/2007 | " 13 | NOTICE by AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP., TOWN AND COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC. re 1 Petition for Removal, *Acknowledgement of Notice of Removal from Forsyth County Clerk of Court* (Attachments: # 1 Acknowledgement of Removal from State Court)(BONDURANT, JOEL) (Entered: 10/24/2007) |
| 10/25/2007 | " | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS as to JOEL BONDURANT re 13 Notice (Other), 12 MOTION for Extension of Time to File Answer re 4 Complaint. Each document fails to include a certificate of service. Please file a certificate of service as to opposing parties. (Welch, Kelly) (Entered: 10/25/2007) |
| 10/25/2007 | " 14 | CERTIFICATE OF SERVICE by AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP., TOWN AND COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC. re 12 MOTION for Extension of Time to File Answer re 4 Complaint (BONDURANT, JOEL) Modified on 10/26/2007 to edit duplicate text (Welch, Kelly). (Entered: 10/25/2007) |
| 10/25/2007 | " 15 | CERTIFICATE OF SERVICE by AMERIQUEST MORTGAGE COMPANY, ACC CAPITAL HOLDINGS CORP., TOWN AND COUNTRY CREDIT CORP., AMC MORTGAGE SERVICES, INC. re 13 Notice (Other), (BONDURANT, JOEL) (Entered: 10/25/2007) |
| 12/21/2007 | " | ***Motions Referred: 12 MOTION for Extension of Time to File Answer re 4 Complaint *Motion for Extension of Time to Answer or Otherwise Respond to Complaint* MOTION for Extension of Time to File Answer re 4 Complaint *Motion for Extension of Time to Answer or Otherwise Respond to Complaint* to Judge MAG/JUDGE RUSSELL A. ELIASON– (McCarty, Dianne) (Entered: 12/21/2007) |
| 12/21/2007 | " 16 | ORDER signed by MAG/JUDGE RUSSELL A. ELIASON on 12/21/07, that Defendants' motion for an extension of time to answer or respond to the complaint is granted and Defendants are not required to answer or otherwise respond to Plaintiffs' Complaint until |

| | | |
|---|---|---|
| | | the Panel decides whether to designate this case as a "tag–along action" and transfer it to the Northern District of Illinois. If the Panel ultimately decides not to transfer the case, Defendants will have twenty days from the date of receipt of written notice of the Panel's decision to file an Answer or otherwise respond to Plaintiffs' Complaint in this Court. FURTHER that the parties shall file a status report every sixty days. (Law, Trina) (Entered: 12/21/2007) |
| 12/21/2007 | " | Set Deadline: Status Report due by 2/21/2008. (Law, Trina) (Entered: 01/02/2008) |
| 01/11/2008 | " 17 | CONDITIONAL TRANSFER ORDER (CTO–34) Re: MDL 1715 transferring this action to the Northern District of Illinois for the reasons stated in the order of December 13, 2005. (Attachments: # 1 NDIL Transfer Letter).(Welch, Kelly) (Entered: 01/23/2008) |
| 01/23/2008 | " 18 | MDL TRANSFER LETTER to individual courts and counsel of record Re: Conditional Transfer Order transferring this action to the Northern District of Illinois. (Welch, Kelly) (Entered: 01/23/2008) |