

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION, | MDL No. 1715<br>Lead Case No. 07-CV-788<br><br>Centralized before the<br>~~Honorable Marvin E.~~ Aspen |
| TODD BROWN and STEPHANIE BROWN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAE CO., a Delaware Corporation, ACC CAPITAL HOLDINGS CORP., a Delaware corporation; TOWN AND COUNTRY CREDIT CORP., a Delaware corporation; and AMC MORTGAGE SERVICES, INC., formerly Bedford Home Loans, a Delaware corporation,<br><br>Defendants. | Case No. 1:08-CV-175<br><br><br>**FILED**<br><br>MAR 2 5 2008<br>Mar 25 2008<br>MICHAEL W. D??INS<br>CLERK, U.S. DISTRICT COURT |

## PLAINTIFFS' NOTICE OF OPT-OUT

NOW COME Plaintiffs Todd Brown and Stephanie Brown, by and through their undersigned counsel of record, and hereby give notice of the following:

1.      On January 11, 2008, Plaintiffs' civil action was transferred from the Middle District of North Carolina to the Northern District of Illinois as a tag-along action to the Ameriquest Mortgage Co. Mortgage Lending Practices Litigation.

2.      In their lawsuit, Plaintiffs have asserted causes of action against Ameriquest arising under North Carolina state law.

3. Plaintiffs have not asserted any claims that could be properly adjudicated in a class action.

4. Plaintiffs therefore opt-out of all class action lawsuits that are pending in MLD No. 1715.

This the 4th day of March, 2008.

*Ellis Drew* (signature)

Ellis B. Drew, III
Counsel for Plaintiffs
Wells Jenkins Lucas & Jenkins PLLC
155 Sunnynoll Court, Suite 200
Winston-Salem, NC  27106
Telephone: (336) 725-2900
Facsimile:  (336) 724-1226
BoD@wellsjenkins.com
N.C. State Bar No. 12934

## CERTIFICATE OF SERVICE

I, Ellis B. Drew, III, hereby certify that I did serve a copy of the foregoing *Plaintiffs' Notice of Opt-Out* on counsel of record for all parties by depositing a copy thereof in the United States Mail, postage prepaid and addressed as follows:

>Jonathan M. Bondurant, Jr.
>Haynsworth Sinkler Boyd, P.A.
>P.O. Box 2048
>Greenville, SC  29602-2048

This the 20th day of March, 2008.

>Ellis B. Drew, III
>Counsel for Plaintiffs
>Wells Jenkins Lucas & Jenkins PLLC
>155 Sunnynoll Court, Suite 200
>Winston-Salem, NC  27106
>Telephone: (336) 725-2900
>Facsimile:  (336) 724-1226
>BoD@wellsjenkins.com
>N.C. State Bar No. 12934