U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: MDL No.1715 |
|---|---|

Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

Todd and Stephanie Brown vs. Ameriquest Mortgage Company, et al., 1:08 CV 175

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Todd and Stephanie Brown

**FILED**

MAR 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Ellis B. Drew, III |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Ellis B. Drew III |
| FIRM |
| Wells Jenkins Lucas & Jenkins PLLC |
| STREET ADDRESS |
| 155 Sunnynoll Court, Suite 200 |
| CITY/STATE/ZIP |
| Winston-Salem, NC 27106 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 336-725-2900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐